UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>   Plaintiff,<br><br>  v.<br><br>GATES HOTEL, INC.,<br><br>   Defendant. | Case No. 20-cv-07191-SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DIMISS**<br><br>Re: Dkt. No. 11 |

  On February 1, 2021, defendant Gates Hotel filed the instant motion to dismiss plaintiff's amended complaint in its entirety for failure to state a claim pursuant to FRCP 12(b)6. Dkt. No. 11 (Ntc. Of Mot. To Dismiss). Plaintiff's opposition to the motion was due on February 16, 2021, but nothing was filed. On February 17, 2021, the Court's courtroom deputy emailed plaintiff's counsel asking if an opposition would be filed; she received no response. On February 18, 2021 at 8 am, the court's courtroom deputy emailed plaintiff's counsel again, this time stating that if no opposition was received by noon that day the motion would be deemed unopposed. Plaintiff's counsel did not respond to the second email nor has an opposition been filed.

  Plaintiff's amended complaint alleges two causes of action (1) violation of the Americans with Disabilities Act and (2) violation of California's Unruh Act. In short, plaintiff, a California resident and paraplegic who uses a wheelchair for mobility, solely challenges defendant Gates Hotel's online reservation policies and practices. Dkt. No. 9 ¶ 7 (Amended Complaint). The amended complaint makes clear plaintiff "is not claiming that the hotel has violated any construction-related accessibility standards." *Id*.

  Defendant's unopposed motion to dismiss the amended complaint in its entirety argues its reservation website complies with federal and state law requirements and points out "at least four

courts in the Ninth Circuit have already concluded the type of information provided by [defendant] … on its reservation website … fully complies with the ADA." Dkt. No. 11-1 at 5[1] (MP&A ISO Mot. to Dismiss).  The Court agrees.

As such, defendant's unopposed motion is granted in full and the amended complaint is DISMISSED with prejudice.

**IT IS SO ORDERED**.

Dated:  March 2, 2021

_____
SUSAN ILLSTON
United States District Judge

---

[1] For ease of reference, this page number citation refers to the ECF branded number in the upper right corner of the page.