UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br>          Plaintiff,<br>    v.<br>GATES HOTEL, INC.,<br>          Defendant. | Case No. 20-cv-07191-SI<br><br>**JUDGMENT** |

This action has been dismissed for failure to state a claim, without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 2, 2021

SUSAN ILLSTON
United States District Judge